678

**Elmer L. MOOMAW v. READING COMPANY, Appellant.**

No. 9115.

Circuit Court of Appeals, Third Circuit.
Argued June 19, 1946.
Decided July 3, 1946.

Henry R. Heebner, of Philadelphia, Pa. (Wm. Clarke Mason, of Philadelphia, Pa., of the brief), for appellant.

George H. Detweiler, of Philadelphia, Pa., for appellee.

Before BIGGS, McLAUGHLIN, and O'CONNELL, Circuit Judges.

PER CURIAM.

Consideration of the briefs and the appendix leads us to the conclusion that the court below committed no error. The judgment, 66 F.Supp. 636, is affirmed.

**Henry Gustave REINSCH, Appellant, v. UNITED STATES of America, Appellee.**

No. 10725.

Circuit Court of Appeals, Ninth Circuit.
March 12, 1945.

Albert A. Absher and Dellmore Lessard, both of Portland, Or., for appellant.

No appearance for the United States.

Before GARRECHT, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

The District Court's judgment, 50 F. Supp. 971, is reversed upon the authority of Baumgartner v. United States, 322 U. S. 665, 64 S.Ct. 1240, 88 L.Ed. 1525 and Bergmann v. United States, 9 Cir., 144 F. 2d 34.

**Joseph CODY et al., Appellants, v. DOSSIN'S FOOD PRODUCTS, Appellee.**

No. 10289.

Circuit Court of Appeals, Sixth Circuit.
July 1, 1946.

Edward T. Kelley, of Detroit, Mich., for appellant.

Smith & Huffaker, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The appeal in this case is dismissed for lack of diligence in prosecuting it.

**NATIONAL LIFE & ACCIDENT INSURANCE COMPANY, Incorporated, v. Rubie E. WATERS.**

No. 3262.

Circuit Court of Appeals, Tenth Circuit.
July 15, 1946.

Biddison & Rheam, of Tulsa, Okl., for cross-appellant.

Marvin T. Johnson, of Tulsa, Okl., for cross-appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Cross-appeal dismissed on authority of opinion in Rubie E. Waters v. National Life & Accident Insurance Co., Inc., 10 Cir., 156 F.2d 470.